UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 3:02CR230 (SRU) |
| : | |
| DEBORAH KERPEN a/k/a : | |
| DEB KERPEN, a/k/a DEBBIE KERPEN : | November 5, 2004 |

MOTION FOR FINAL ORDER OF FORFEITURE

    On March 9, 2004, this Court entered a Preliminary Order of Forfeiture in this case authorizing the Secretary of the Treasury to seize certain property subject to forfeiture, and ordering further proceedings pursuant to 21 U.S.C. § 853(n) concerning third party interests. This Court further ordered that, upon adjudication of all third party interests pursuant to Fed. R. Crim. P. 32.2(c)(2), this Court would enter a Final Order of Forfeiture.  The United States represents that all third party interests have been resolved as detailed in the attached proposed Final Order of Forfeiture.  Accordingly, pursuant to 21 U.S.C. § 853, the United States moves for entry of the attached Final Order of Forfeiture.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                DAVID X. SULLIVAN
                ASSISTANT U.S. ATTORNEY
                P.O. BOX 1824
                NEW HAVEN, CT 06508
                (203) 821-3700
                FEDERAL BAR NO. ct03793

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Final Order of Forfeiture and proposed Final Order of Forfeiture was sent via postage prepaid first-class mail, this 5th day of November, 2004, to:

William M. Bloss, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0001

Robert Kerpen
P.O. Box 263
North Haven, CT 06473

Tom Byrne, Esq.
Fasano, Ippolito & Lee, LLC.
388 Orange Street
New Haven, CT 06511

_____
DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY