UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:02CR230(SRU) |
| | : | |
| DEBORAH KERPEN | : | |
| (a.k.a. DEB KERPEN, DEBBIE KERPEN) | : | November 5, 2004 |

## MOTION TO DISMISS COUNTS

Pursuant to the plea agreement executed on February 25, 2004, the United States of America hereby moves to dismiss with prejudice Counts 2 through 40 and 42 through 44 of the Indictment as against defendant Deborah Kerpen.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN A. MARRELLA
ASSISTANT UNITED STATES ATTORNEY
157 Church Street
New Haven, CT  06510
(203) 821-3700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been delivered by hand this 5th day of November, 2004, to:

William Bloss, Esquire

JOHN A. MARRELLA
Assistant United States Attorney