UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 3:02cr230 (SRU) |
| | : | |
| DEBORAH KERPEN a/k/a | : | |
| DEB KERPEN, a/k/a DEBBIE KERPEN | : | |
| | : | November 9, 2005 |

MOTION TO SUPPLEMENT FINAL ORDER OF FORFEITURE

On November 8, 2004, the Court entered a final order of forfeiture in the above-captioned criminal case for the Defendant Deborah Kerpen's real property listed below. (See Exhibit A).

a. 135 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon;

b. 131 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon;

c. 103 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon;

d. 121 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon;

e. 80 Half Mile Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures, and attachments thereon.

During the pendency of the criminal case, a state foreclosure action was removed to United States District Court captioned, <u>Webster Bank v. Deborah Kerpen</u>, Civil Number 3:01cv01959 (SRU). The parties agreed to allow the foreclosure to continue before the criminal case was resolved.

On May 22, 2003, a Judgment of Foreclosure By Sale was entered by this Court with respect to the real property located at:

a. 131 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon;

b. 135 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon. (See Exhibit B).

After Webster Bank's mortgage interests were satisfied, the remaining monies were placed in the Custom's Suspense Account pending the resolution of the criminal case.

As the real property located at 131 and 135 Warner Road was reduced to monies placed on deposit with Custom's Suspense Account, after recognizing Webster Bank's priority mortgage interest in the real property, the United States respectfully requests that the Court enter an Amended Order of Forfeiture recognizing that these above-referenced properties were sold and reduced to monies on deposit. Further, the United States requests that the Court order the monies on deposit be forfeited to the United States to be disposed of according to law. A proposed Supplemental Final Order of Forfeiture is submitted herewith for the Court's consideration and convenience.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct03793

## CERTIFICATE OF SERVICE

       This is to certify that the within and foregoing Motion for Decree of Forfeiture has been mailed, postage pre-paid, this 9th day of November, 2005 to:

Thomas J. Welch, Esq.
Winnick, Vine, Welch & Teodosio, LLC
375 Bridgeport Avenue
Shelton, CT 06484

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

                                                                                          _____
                                                                                           DAVID X. SULLIVAN
                                                                                           ASSISTANT U.S. ATTORNEY