8\

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 3:02CR230 (SRU) |
| : | |
| DEBORAH KERPEN a/k/a : | |
| DEB KERPEN, a/k/a DEBBIE KERPEN : | |

FINAL ORDER OF FORFEITURE

Whereas on March 9, 2004, this Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1), which provided that the following property be forfeited to the United States:

    a.    135 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures, and attachments thereon;

    b.    131 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures, and attachments thereon;

    c.    103 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures, and attachments thereon;

    d.    121 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures, and attachments thereon; and

    e.    ~~80 Half Mile Road, East Haven, Connecticut, with all improvements,~~ appurtenances, fixtures, and attachments thereon.

And whereas, pursuant to 21 U.S.C. § 853(n), on March 25, April 1, and April 8, 2004, the United States published in the New Haven Register, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property as the Secretary of the Treasury or his authorized designee may direct, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.


GOVERNMENT'S EXHIBIT A

And whereas, on or about March 5, 2004, notice was served upon Robert Kerpen by certified mail.

And where as on March 26, 2004, Robert Kerpen filed a claim asserting a legal interest to the proceeds of the sale of 131 and 135 Warner Road in East Haven, Connecticut.

And whereas, on or about March 29, 2004, notice was served upon Mark A. DiLungo and Lori DiLungo by certified mail.

And whereas, on or about April 30, 2004 notice was served upon Kay Andrews by certified mail.

And whereas, on November 4, 2004, the United States received an Affidavit of Debt from Mark DiLungo, asserting a legal interest in the property located at 103 and 121 Warner Road, East Haven, Connecticut. The United States recognizes and will satisfy from the net proceeds of the sale of said property, Mark DiLungo's interest in the total amount of $5,200.00.

And whereas, on November 4, 2004, during a scheduled deposition of Deborah Kerpen in a related civil forfeiture case, U.S. v. 37.5 Baja Sport Cruiser, et al., 3:01CV2090(PCD), Robert Kerpen withdrew his claim on the record as part of an agreed settlement as to the proceeds of the sale of 131 and 135 Warner Road in East Haven, Connecticut, and as to other assets seized by the Government in that related case.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

That, pursuant to 21 U.S.C. § 853(n)(7), the right, title, and interest to the above-described property is hereby condemned, forfeited, and vested in the United States of America and that no right, title, or interest to the property shall exist in any other party:

That pursuant to 21 U.S.C. §§ 853(g)-(i), the United States may dispose of this property

according to law.

    That the Clerk of Court is directed to send six (6) certified copies of this Final Order of Forfeiture to David X. Sullivan, Assistant United States Attorney, 157 Church Street, New Haven, 06510, as well as copies of this order to all counsel or parties of record.

    SO ORDERED this _8th_ day of _November_, 2004, at Bridgeport, Connecticut.

                                                         */s/ Stefan R. Underhill*
                                                   HONORABLE STEFAN R. UNDERHILL
                                                   UNITED STATES DISTRICT JUDGE

I hereby certify that the foregoing is a true copy of the original document on file. Dated: NOV 16 2004
KEVIN F. ROWE
Clerk
Deputy Clerk