UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WEBSTER BANK,

   Plaintiff

v.

DEBBIE M. KERPEN, A/K/A DEBBIE C.
KERPEN A/K/A DEBBIE KERPEN A/K/A
DEBORAH KERPEN, BANKBOSTON, N.A.
N/K/A FLEET BANK, ROBERT KERPEN,
HATMAN CONSTRUCTION, LLC, AND
UNITED STATES OF AMERICA,

   Defendants.

Civil No. 3:01CV01959(SRU)

## ORDER

Upon consideration of defendant the United States of America's Motion to Amend Order of Foreclosure by Sale and the representations therein,

IT IS HEREBY ORDERED that the Motion to Amend Order of Foreclosure by Sale is hereby granted; and

IT IS FURTHER ORDERED that, after the foreclosure sale, the Court will issue a partial supplemental judgment, which shall determine and authorize disbursements of funds only with respect to (a) the costs of the sale and (b) the claims, if found by the Court to be adequately proven, lodged by parties other than Robert Kerpen and Debbie M. Kerpen a/k/a Debbie C. Kerpen a/k/a Debbie Kerpen a/k/a Deborah Kerpen, which parties presently include plaintiff Webster Bank, defendant BankBoston, N.A. N/K/A Fleet Bank, and defendant Hatman Construction, LLC; and

GOVERNMENT'S EXHIBIT B

IT IS FURTHER ORDERED that, after any such disbursements pursuant to the Court's partial supplemental judgment, the funds remaining shall be deposited in the United States Marshals Seized Asset Deposit Account, pending the disposition of the related forfeiture actions, Civil No. 3:01CV00829(PCD) and Criminal No. 3:02CR230(SRU).

Dated this 27th day of May, 2003, at New Haven, Connecticut.

HON. STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE