UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 3:02cr230 (SRU) |
| | : | |
| DEBORAH KERPEN a/k/a | : | |
| DEB KERPEN, a/k/a DEBBIE KERPEN | : | |
| | : | |

SUPPLEMENTAL FINAL ORDER OF FORFEITURE

Whereas on November 8, 2004, this Court entered a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1), which provided that the following property be forfeited to the United States:

   a. 135 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon;

   b. 131 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon;

   c. 103 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon;

   d. 121 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon;

   e. 80 Half Mile Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures, and attachments thereon.

Whereas, during the pendency of this criminal case, a state foreclosure action was removed to United States District Court and captioned Webster Bank v. Deborah Kerpen, 3:01cv01959 (SRU) ("Webster Bank").

Whereas, the parties to Webster Bank agreed to allow the foreclosure to continue before this criminal case was resolved.

2

Whereas, on May 22, 2003, a Judgment of Foreclosure by Sale was entered by the Court in <u>Webster Bank</u> as to the real property located at:

a.  131 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon;

b.  135 Warner Road, East Haven, Connecticut, with all improvements, appurtenances, fixtures and attachments thereon.

Whereas, after Webster Bank's mortgage interests were satisfied, the remaining monies were placed in Custom's Suspense Account pending the resolution of this criminal case.

Whereas, the real property located at 131 and 135 Warner Road were reduced to monies placed on deposit with Custom's Suspense Account.

Whereas, the real properties located at 103 Warner Road, East Haven, Connecticut, 121 Warner Road, East Haven, Connecticut, and 80 Half Mile Road, East Haven, Connecticut have already been forfeited to the United States pursuant to the Court's Final Order of Forfeiture.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the monies on deposit are hereby forfeited to the United States to be disposed of according to law.

SO ORDERED this _____ day of _____, 2005, at Bridgeport, Connecticut.

_____
HONORABLE STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE